1000

In the Matter of GABRIEL J. and Another, Children Alleged to be Neglected. O'NEILL H. et al., Respondents; DAINEE A., Appellant. (And Another Proceeding.)

Submitted December 24, 2012; decided January 10, 2013

Motion for leave to appeal from the November 2012 Appellate Division order denied.

MARIA HARAKIDAS et al., Respondents, v CITY OF NEW YORK et al., Defendants, and BRAZAL SOUTH HOLDINGS, LLC, Appellant.

Submitted December 10, 2012; decided January 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

TEDDY MOORE, Appellant, v FRANK GUERRA, Defendant, and CHRISTOPHER BRAMWELL et al., Respondents.

Submitted November 26, 2012; decided January 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

MARY OLSEN et al., Appellants, v STELLAR WEST 110, LLC, Respondent.

Submitted November 5, 2012; decided January 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.